UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA ANN RICHARDS,

    Plaintiff,

v.                                        CASE NO.: 8:12-cv-204-T-23MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                           /

**ORDER**

An administrative law judge ("ALJ") found that Patricia Ann Richards is not entitled to disability benefits and to supplemental security income. Asserting that the ALJ erred, Richards sues (Doc. 1) the Commissioner of Social Security. On January 18, 2013, Magistrate Judge Mark A. Pizzo issued a report (Doc. 16) finding that the ALJ's decision comports with applicable legal standards and enjoys substantial evidentiary support.

The time Local Rule 6.02 permits for an objection expired, and Richards submits nothing. Magistrate Judge Pizzo's report and recommendation is thorough and proper. Consequently, the report and recommendation (Doc. 16) is **ADOPTED**,

Case 8:12-cv-00204-SDM-MAP   Document 17   Filed 02/06/13   Page 2 of 2 PageID 509

the decision of the Commissioner of Social Security is **AFFIRMED**, and Richards' action is **DISMISSED**.

The clerk is directed to (1) enter judgment in favor of the Commissioner of Social Security, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on February 6, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -